IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **SYLVESTER RICHARDSON,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:15cv00595 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **ROSP MEDICAL DEPT.,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants' motions to dismiss (Docket Nos. 32 and 40) are **GRANTED** and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 17th day of January, 2017.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE